UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MACRO ELECTRONICS CORP.
and STEVEN P. APELMAN,

    Plaintiff,

v.                                                        Case No.: 8:22-mc-18-CEH-AAS

BIOTECH RESTORATIONS, L.L.C.,
and CHRISTOPHER YOUNG,

    Defendant.
_____/

**ORDER**

Plaintiffs Macro Electronics and Steven P. Apelman move the court, under Rule 69 of the Federal Rules of Civil Procedure and Florida Statutes § 77.01 et seq., to issue a writ of garnishment to Bank of America Corp. for a judgment owed by Defendants Biotech Restorations, LLC and Christopher Young. (Doc. 5).

Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id.* Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment. FLA. STAT. § 77.01. To obtain a writ of garnishment, the judgment creditor must

file a motion stating the amount of the judgment. FLA. STAT. § 77.03. The writ must direct the garnishee to answer the writ within twenty days and state the amount named in the judgment creditor's motion. FLA. STAT. § 77.04.

On January 10, 2018, the United States District Court for the Eastern District of New York, entered judgment against Defendants, in the amount of $210,987.50, plus accruing post-judgment interest. (Doc. 5). On May 20, 2022, Plaintiffs registered the judgment in this court. (Doc. 1). According to Plaintiffs' motion, this amount remains unpaid. (Doc. 5).

Plaintiffs' Motion for Writ of Garnishment (Doc. 5) is **GRANTED**. The Clerk of Court shall issue a writ of garnishment to the named garnishee using the forms attached to Plaintiffs' motion and the address for the garnishee contained in the form (Doc. 5, Ex. 1). Plaintiffs must include with the writ copies of:

    a.    Plaintiffs' Motion for Writ of Garnishment (Doc. 5)
    b.    this Order, and
    c.    Plaintiffs' Registration of Foreign Judgment (Doc. 1).

**ORDERED** in Tampa, Florida on June 1, 2022.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge