UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MACRO ELECTRONICS CORP.
and STEVEN P. APELMAN,

    Plaintiffs,

v.                                          Case No. 8:22-mc-18-CEH-AAS

BIOTECH RESTORATIONS, LLC and
CHRISTOPHER YOUNG,

    Defendant.
_____/

## ORDER

Under Federal Rule of Civil Procedure 4.1, Plaintiffs Macro Electronics and Steven P. Apelman request the court appoint Michelle Lewandowski to serve the court-ordered writ in this matter upon the garnishee. (Doc. 29).

Federal law governs who may serve a writ of garnishment. See Fed. R. Civ. P. 69(a)(1) ("The procedure . . . in proceedings supplementary to and in aid of judgment . . . must accord with the procedure of the state where the court is located but a federal statute governs to the extent it applies."). The Federal Rules have the "force and effect" of a federal statute. *See Sibbach v. Wilson & Co.*, 312 U.S. 1, 13 (1941) (stating a federal rule established within the power delegated to the Supreme Court "has the force of a federal statute"). In turn, the Federal Rules permit the appointment of a special

1

process server to deliver a writ of garnishment like the one at issue here. *See* Fed. R. Civ. P. 4.1 ("Process-other than a summons under Rule 4 or a subpoena under Rule 45-must be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose."); *see also Sumner v. Garner*, No. 6:18-CV-40-ORL-28GJK, 2019 WL 6716193, at *1 (M.D. Fla. Dec. 9, 2019); *Francois v. Washmonbo, Inc.*, No. 05-23368-CIV, 2008 WL 2694752, at *2 (S.D. Fla. July 8, 2008).

Thus, Plaintiffs' motion for appointment of process server (Doc. 29) is **GRANTED**. Michelle Lewandowski is authorized to serve the writ of garnishment on the garnishee in this matter.

**ORDERED** in Tampa, Florida on November 21, 2024.

*[signature]*

AMANDA ARNOLD SANSONE
United States Magistrate Judge